# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Trudy Castle (AKA: Trudy DiFrancesco, Trudy von Keudell)<br><br>_____<br>Defendant | ) Case: 1:22-mj-00121<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 5/27/2022<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Trudy Castle_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/27/2022                                *[signature]*  2022.05.27 18:43:40 -04'00'
                                                                       *Issuing officer's signature*

City and state:  Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
                                                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/27/22 , and the person was arrested on *(date)* 06/01/22
at *(city and state)* Chicago, IL

Date: 06/01/22

                                                             TFO *[signature]*
                                                             *Arresting officer's signature*

                                                             TASK FORCE OFFICER CHRISTINA FREISLEBEN
                                                             *Printed name and title*